UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>ISAIAH DOTSON,<br><br>              Defendant. | Case No.   '22 MJ02095<br><br>**C O M P L A I N T**<br><br>18 U.S.C. §§ 922(g)(1) –<br>Felon in Possession of Ammunition |

The undersigned complainant being duly sworn states:

      That on or about June 2, 2021, within the Southern District of California, defendant ISAIAH DOTSON, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: one pistol magazine containing approximately ten rounds of .40 caliber ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
JAMES R. GILLIS, Special Agent
Drug Enforcement Administration

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this  7th  day of June, 2022.

_____
MICHAEL S. BERG
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT
*USA v. DOTSON*

1. I am a Special Agent with Drug Enforcement Administration in San Diego, assigned to the Narcotics Task Force integrated parcel group investigating interstate shipments of controlled substances utilizing the United States Postal Service ("USPS") and other private mail carriers.

2. On May 31, 2022, I received information from U.S. Postal Inspectors and other law enforcement officers in Georgia pertaining to ISAIAH DOTSON ("DOTSON"). I was informed that on October 19, 2021, a USPS mail carrier had been robbed at gun point in Georgia. The USPS carrier had their "Arrow" key stolen, as well as their vehicle keys, gas card for their fleet vehicle and USPS scanner. An "Arrow" key refers to a unique key provided to USPS carriers that have a unique shape and are labeled as USPS property. Importantly, "Arrow" keys can open a wide range of mail receptacles across a zip code.

3. Inspectors canvassed the area after the robbery and found two witnesses who reported that they saw a silver sedan driving around the area shortly before the robbery. Additionally, the witnesses observed the same vehicle flee from the area after the robbery.

4. On October 20, 2021, investigators learned that someone attempted to use the stolen USPS gas card at a Shell Gas station in Georgia. Video footage captured at the gas station depicted at least three people arriving in a silver sedan moments before attempting to use the stolen USPS gas card. Investigators were able to submit the captured video footage for facial recognition through the Georgia Department of Driver's Services. One of the men that exited the silver sedan and went inside of the convenience store for the gas station was identified as DOTSON.

5. A criminal history inquiry of DOTSON revealed the March 19, 2019 felony convictions in the Emanuel County Superior Court for the State of Georgia for the following: (a) possession and transportation of a firearm by a convicted felon [§16-11-131(b)]; (b) possession of a firearm during the commission of certain felonies [§16-11-106]; and (c) possession, manufacture, distribution and sale of marijuana [§16-11-30(j)]; each punishable by a term of imprisonment in excess of one year. In addition, to custodial time, DOTSON was placed on a 10-year term of supervision. DOTSON has an active arrest warrant out of the Liberty County Sheriff's Office in

Georgia, for a probation violation for being in possession of marijuana and two firearms.

6. On October 21, 2021, investigators obtained a "tower dump" court order from United States Magistrate Judge Russell G. Vineyard in the Northern District of Georgia. A "tower dump" provides investigators with all cell phone activity occurring in a certain area at a certain time; in this case, at the time of the robbery on October 19, 2021.

7. On November 2, 2021, the USPS mail carrier victim was shown a sequential line up containing a driver services photograph of DOTSON. The carrier selected him as being involved in the robbery but was only 40% sure and needed to see more of DOTSON's body than a driver's license photograph. When shown the image of DOTSON from the video footage captured at the gas station, the mail carrier said they were 80% sure that DOTSON had robbed them.

8. On January 29, 2022, law enforcement responded to another robbery of a USPS mail carrier in Georgia. Once again, the mail carrier was robbed of their "Arrow" key. The mail carrier reported that they were actively delivering mail when a male suspect approached them from behind, pressed a gun against their lower back, and demanded their keys.

9. On February 9, 2022, investigators obtained another "tower dump" court order from United States Magistrate Judge Russell G. Vineyard to obtain phone records in the vicinity and during the time of this robbery.

10. On April 14, 2022, investigators reviewed the results of the two tower orders and learned that cellular phone number 912-492-XXXX was in the area at the time of both armed robberies. Investigators ran 912-492-XXX through law enforcement databases and learned the following: Phone number 912-492-XXXX was linked to a Florida Highway Patrol report where they responded to a disabled vehicle call. The report only had a first name listed, which was "Isaiah." Additionally, investigators learned through a phone porting database that 912-492-XXXX is an AT&T number associated with a family member of DOTSON's named Janice Dotson.

11. 16. On April 18, 2022, United States Magistrate Judge John K. Larkins III from the Northern District of Georgia authorized a warrant for GPS location information for 912-492-XXXX believed to be utilized by DOTSON. The information from AT&T

provided a radius of hundreds or thousands of meters and was too inaccurate to precisely locate DOTSON. The data from the April 18, 2022, warrant indicates that 912-492-XXXX frequently moves locations. Those locations include Lubbock, TX; Houston, TX; Las Vegas, NV.; South Carolina; and to Hinesville, GA (DOTSON's hometown). Therefore, on May 25, 2022, law enforcement obtained an additional warrant from United States Magistrate Judge Pedro Castillo in the Central District of California for the use of a cell site simulator. At the time of the application for the search warrant, the pings from AT&T showed 912-492-XXXX in the Los Angeles area. However, between then and the next day 912-492-XXXX traveled to the metropolitan San Diego area. The cell site simulator warrant included language to allow for execution outside the Central District of California.

12. On June 2, 2022, law enforcement utilized the cell site simulator for 912-492-XXXX and located DOTSON in San Diego. Based on the cell site information, I was able to locate DOTSON and observed DOTSON driving a silver sedan, a Toyota Avalon, with a Georgia license plate registered to a family member. Due to DOTSON's fugitive status and prior criminal history, the San Diego Police Department conducted a felony vehicle stop of the Avalon. During the stop, law enforcement encountered DOTSON as well as a female passenger. DOTSON provided law enforcement with verbal consent to search the Avalon, resulting in the seizure of one pistol magazine loaded with .40 caliber ammunition. Law enforcement placed DOTSON under arrest for being a felon in possession of ammunition.

13. Based on my training and experience, and the experience and ATF agents I work with, I know that no .40 caliber ammunition is not manufactured in California. Therefore, by its very presence in San Diego, these 10 rounds had travelled in and affected interstate commerce.